# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILOU SMITHFIELD, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FORD MOTOR, et. al., <br><br> Defendants. | CASE NO. 17cv2109-LAB (KSC) <br><br> **ORDER GRANTING STAY AND ORDER TO SHOW CAUSE** |

Courts have broad discretion to stay cases pending the resolution of "proceedings which bear upon the case." *Leyva v. Certified*, 593 F.2d 857, 863 (9th Cir. 1979). The Court finds good cause to stay this action until the JPML rules on Ford's pending motion to consolidate over 100 similar actions. *See Equibel v. Ford*, 17cv2157 (S.D. Cal. Nov. 16, 2017) (granting stay); *En Fukasawa v. Ford*, 17cv2116 (S.D. Cal. Nov. 17, 2017) (same). All filing deadlines and hearing dates are vacated.

But venue appears improper. Because the parties are residents of Huntington Beach and Palo Alto. Plaintiffs are ordered to show cause why this case shouldn't be dismissed for improper venue, or transferred to the Central District. 28 U.S.C. § 1391, 1404; *Costlow v. Weeks*, 790 F.2d 1486, 1488 (9th Cir.1986). Plaintiffs must file a concise memorandum by December 1, and defendants may file a response by December 8.

**IT IS SO ORDERED**.

Dated: November 21, 2017

**H**ONORABLE **L**ARRY **A**LAN **B**URNS
United States District Judge

- 1 -